1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Mr. Duran-Silva
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,          )   Case No. 08MJ2337
                                      )
12            Plaintiff,               )
                                      )
13 v.                                 )
                                      )   **NOTICE OF APPEARANCE**
14 **JAVIER JUVENAL DURAN-SILVA,**    )
                                      )
15            Defendant.              )
                                      )
16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
19 in the above-captioned case.
20                                        Respectfully submitted,
Dated: August 5, 2008                      s/ *Michelle Betancourt*
21                                        **MICHELLE BETANCOURT**
                                          Federal Defenders of San Diego, Inc.
22                                        Attorneys for Defendant
                                          michelle_betancourt@fd.org
23
24
25
26
27
28

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Duran-Silva

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2337 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **JAVIER JUVENAL DURAN-SILVA,** ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Assistant United States Attorney
Efile.dkt.gc2@usdoj.gov

Dated: August 5, 2008

          s/ Michelle Betancourt
MICHELLE BETANCOURT
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: michelle_betancourt@fd.org